FILED

DEC 1 8 2013

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DaVonta M. Rowland,          )
                             )
        Plaintiff,           )
                             )
            v.               )      Civil Action No.      13-2609
                             )
Cook Craig & Francuzenko, PLLC,  )
                             )
        Defendant.           )
                             )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a District of Columbia resident, purports to sue a limited liability corporation in Fairfax, Virginia, for $27 billion. Plaintiff mentions Superior Court Judge Robert Okun and

1

appears to challenge a court proceeding. The one-page complaint otherwise is wholly incomprehensible and, thus, provides no notice of a claim. A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

DATE: December 6 , 2013